IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00950-WYD-MEH

ROBERT YOUNG,

      Plaintiff,

v.

DORIS BURD,

      Defendant.

---

**ORDER ADOPTING AND AFFIRMING RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

THIS MATTER is before the Court in connection with Defendant Judge Doris Burd's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), filed June 8, 2007 (docket #7).  This motion was Referred to Magistrate Judge Hegarty by memorandum dated June 8, 2007.  Magistrate Judge Hegarty issued a Recommendation on Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), on July 20, 2007 (docket #9) ("Recommendation"), which is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B); FED. R. CIV. P. 72(b).

In the Recommendation, Magistrate Judge Hegarty recommends that the Motion to Dismiss be granted and that this action be dismissed.  Specifically, Magistrate Judge Hegarty found that allegations set forth in Plaintiff's complaint relate solely to alleged conduct by Defendant that took place while she was adjudicating a matter involving

-1-

Plaintiff in Denver County Court.  Magistrate Judge Hegarty concluded that Defendant

is protected from suits based on such allegations under the doctrine of absolute judicial

immunity.  Recommendation at 3-4.

Magistrate Judge Hegarty advised the parties that written objections were due

within ten (10) days after being served with a copy of the Recommendation.  *Id.* at 4.

Despite this advisement, no objections were filed by any party.  No objections having

been filed, I am vested with discretion to review the Recommendation "under any

standard [I] deem[] appropriate."  *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir.

1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not

appear that Congress intended to require district court review of a magistrate's factual

or legal conclusions, under a de novo or any other standard, when neither party objects

to those findings").  Nonetheless, though not required to do so, I review the

Recommendation to "satisfy [my]self that there is no clear error on the face of the

record."[1]  *See* Fed. R. Civ. P. 72(b) Advisory Committee Notes.  Upon review of the

Recommendation and the file in this matter, I am satisfied that there is no clear error on

the face of the record.  *See Guttman v. Khalsa*, 446 F.3d 1027, 1033 (10th Cir. 2006)

(defendants performing judicial acts are clothed with absolute judicial immunity).

Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge dated

July 20, 2007 (docket #9), is **AFFIRMED and ADOPTED**.  In accordance therewith, it is

---

[1]  Note, this standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review, Fed. R. Civ. P. 72(b).

FURTHER ORDERED that this action is **DISMISSED WITH PREJUDICE**.

Dated:  August 14, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge